```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16195
   WILLIAM C WATSON SR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2174

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/05/2007 and was not confirmed.

     The case was dismissed without confirmation 12/10/2007.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------------

ILLINOIS DEPARTMENT OF R  NOTICE ONLY    NOT FILED          .00         .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED          .00         .00
FFCC-COLUMBUS INC         UNSECURED      NOT FILED          .00         .00
HSBC                      UNSECURED      NOT FILED          .00         .00
ECAST SETTLEMENT CORP     UNSECURED         205.23          .00         .00
IL DEPT OF HEALTHCARE &   DSO ARREARS    113119.47          .00         .00
HORIZON EMERGENCY MEDICI  UNSECURED      NOT FILED          .00         .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          516.08         .00         .00
MARY WATSON               NOTICE ONLY    NOT FILED          .00         .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,443.00                     .00
TOM VAUGHN                TRUSTEE                                       .00
DEBTOR REFUND             REFUND                                        .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------         --------------
TOTALS                        .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16195 WILLIAM C WATSON SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                              PAGE   2
        CASE NO. 07 B 16195 WILLIAM C WATSON SR